IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN FEINGOLD | : | CIVIL ACTION |
| v. | : | |
| OFFICE OF DISCIPLINARY COUNSEL, et al. | : | NO. 09-4421 |

ORDER

AND NOW, this 14th day of December, 2009, upon consideration of the defendant's Motion to Dismiss (Docket No. 10) and the plaintiff's opposition thereto and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED and this case is dismissed with prejudice.  This case is closed.

BY THE COURT:


/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.